# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MARIA MAESO RIVAS,<br><br>Defendant | Case No. 20-CR-2579-LAB<br><br>**JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS** |

IT IS HEREBY ORDERED that the information shall be dismissed against Maria Maeso Rivas, only, without prejudice.

IT IS FURTHER ORDERED bond is exonerated. Defense Counsel shall prepare an order to disburse funds or release collateral.

IT IS SO ORDERED.

DATED: February 18, 2021

_____
HON. LARRY ALAN BURNS
UNITED STATES
DISTRICT COURT JUDGE